Eastern District of Kentucky
FILED
SEP 2 2 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                                                                       INDICTMENT NO. 6:22-cr-60-CHB

ETHAN PAUL KING
   aka KLAY

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about September 6, 2022, in Knox County, in the Eastern District of Kentucky,

**ETHAN PAUL KING,
aka KLAY,**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before the Defendant committed the offense charged in this count, he was previously convicted under state law of the following serious violent felony: 2015 Robbery First Degree – for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## COUNT 2
## 18 U.S.C. § 924(c)(1)(A)

On or about September 6, 2022, in Knox County, in the Eastern District of Kentucky,

**ETHAN PAUL KING,
aka KLAY,**

did knowingly possess a firearm, in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, that is, possession with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, as set forth in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about September 6, 2022, in Knox County, in the Eastern District of Kentucky,

**ETHAN PAUL KING,
aka KLAY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is a Sig Sauer Model P320, 9mm handgun with serial number 58H229085 and a Sport Arms of Florida Model CPX-2, 9mm handgun with serial number C026470, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the offenses alleged in Counts 2 and 3 of this Indictment, the below-listed firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d). In committing the offense alleged in Count 1 of this Indictment, punishable by imprisonment for more than one year, the Defendant, **ETHAN PAUL KING, aka KLAY,** used and intended to use the below-described property to commit and facilitate the said controlled substance violation, and the below described property constitutes and is derived from proceeds obtained directly or indirectly as a result of the commission of the aforesaid violation of 21 U.S.C. § 841(a)(1), pursuant to 21 U.S.C. § 853. The United States seeks forfeiture of the firearms and ammunition listed below pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, including, but not limited to, the following:

### FIREARMS AND AMMUNITION:

1. a Sig Sauer model P320, 9mm handgun, serial number 58H229085;
2. a Sport Arms of Florida model CPX-2, 9mm handgun, serial number C026470;
3. 9mm ammunition.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **ETHAN PAUL KING, aka KLAY,** has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461.

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FOREPERSON

*/s/ Carlton S. Shier, IV*
_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

# PENALTIES

## Count 1:

Not less than 5 years nor more than 40 years imprisonment, a fine of not more than $5,000,000, and at least 4 years supervised release.

> **IF PRIOR CONVICTION FOR A SERIOUS VIOLENT FELONY:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

## Count 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – a fine of not more than $250,000, and not more than 5 years of supervised release.

## Count 3:

Not more than 15 years imprisonment, a fine of not more than $250,000, and not more than 3 years of supervised release.

| | |
|---|---|
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Forfeiture of listed property. |
| **PLUS:** | Restitution, if applicable. |